# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Omari Jubri El Ra Bey**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00282-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Karen Eady –Williams, et. al**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 22, 2016 Order.

                                        July 22, 2016

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court